IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN J. HILL, | No. C 14-5410 WHA (PR) |
| Plaintiff, | **ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| v. | |
| STATE OF CALIFORNIA; GOVERNOR JERRY BROWN, | |
| Defendant. | |

Plaintiff, a California prisoner, filed this pro se civil rights action pursuant to 42 U.S.C. 1983. The appeal has been determined to be frivolous. Therefore, leave to proceed in forma pauperis on appeal is **DENIED**. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Clerk shall transmit a copy of this order to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: January  28 , 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE